## CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE      **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING  **INITIAL PRESENTMENT**

**DEFENDANTS:**

**TERRANCE CONNERS**          CASE NO.  **12MJ3174**

DATE: **December 18, 2012**   Clerk:  **C. Lopez**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**Jon Stanford**  AUSA          **Pro Se** Ret-CJA-AFPD

**Annie Candelaria** PTS/PROB      **None** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

**HONDO**

9:46 am           Court
9:48 am      end

**(2mins)**

**HEARING RESULTS/FINDINGS:**

**X**      Defendant sworn

**X**      Defendant advised of rights.

**X**      Defendant wants court appointed attorney

**X**      Government moves to detain.

**X**      Defendant(s) remanded to custody

         Conditions of Release set at:

**X**      Other:  **FIRST APPEARANCE; Detention/preliminary set for 12/19/2012 @ 9:30 am.**