FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 18 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 12 MJ 3174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| Terrence Connors, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING AND CONTINUANCE

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial. As grounds for this motion, the United States asserts that the defendant is a flight risk and/or a danger to the community. Pursuant to 18 U.S.C. § 3142(f), the United States requests that the Court continue the detention hearing to a date that is no more than three days following the initial appearance, unless the Court finds good cause for further continuance.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

LOUIS E. VALENCIA
Supervisory Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274