## CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE   **ROBERT H. SCOTT, U. S. Magistrate Judge**

KIND OF HEARING **DETENTION/PRELIMINARY**

**DEFENDANTS:**

**TERRENCE CONNORS**   CASE NO. **12MJ3174**   Clerk: **C. Lopez**

DATE: **December 19, 2012**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**Jon Stanford** AUSA   **John Samore** CJA

**Anthony Galaz** PTS/PROB   **None** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |

**HONDO**

10:22 AM        Samore
10:26 AM   END

**(4mins)**

**HEARING RESULTS/FINDINGS:**

**X**   Defendant sworn.

**X**   Defendant waives Preliminary Hearing

☐   Defendant stipulates to detention at this time.

**X**   Court finds probable cause.

**X**   Defendant(s) in custody

☐   Conditions of Release set at:

☐   Other